■ In the Matter of WILLIAM L. BROWN, an Attorney. [54 NYS3d 606]—

Per Curiam. William L. Brown was admitted to practice by this Court in 1984 and lists a business address in Bisbee, Arizona with the Office of Court Administration. Brown now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).* The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Brown's application.

Upon reading the affidavit of Brown sworn to May 30, 2017, and upon reading the June 21, 2017 correspondence in response by the Chief Attorney for the AGC, and having determined that Brown is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

McCarthy, J.P. Garry, Lynch, Rose and Devine, JJ., concur. Ordered that William L. Brown's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that William L. Brown's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, William L. Brown is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Brown is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that William L. Brown shall, within 30 days of the date of entry of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.

---

* A prior application by Brown was denied in May 2017 by order of this Court (150 AD3d 1609 [2017]).